J-S41033-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| RICKY TEJADA, | | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | | |
| v. | | |
| CAPTAIN PAINTER, LT. GAFF, AND HEALTH CARE ADMINISTRATOR DREIBELBIS, | | |
| Appellees | | No. 2148 MDA 2014 |

Appeal from the Order Entered November 26, 2014
in the Court of Common Pleas of Huntingdon County
Civil Division at No.: 2014-00958

BEFORE:  ALLEN, J., LAZARUS, J., and PLATT, J.[*]

JUDGMENT ORDER BY PLATT, J.:                **FILED JUNE 17, 2015**

Appellant, Ricky Tejada, appeals *pro se* from the order dismissing his complaint.  He raises issues that are in the exclusive jurisdiction of the Commonwealth Court.  Therefore, we transfer to that Court.

On July 28, 2014, Appellant initiated this civil rights action against Appellees, employees of the Pennsylvania Department of Corrections.  He alleged a violation of his constitutional rights based on excessive and unnecessary force and inhumane conditions of confinement, specifically, placing him in an intermediate restraint system for twenty-four hours. Appellees responded by filing preliminary objections in the nature of a

---

[*] Retired Senior Judge assigned to the Superior Court.

demurrer. On November 26, 2014, the trial court sustained the objections and dismissed the complaint. Appellant timely appealed.

It is well-settled that this Court may "raise[] the question of subject matter jurisdiction *sua sponte* . . . ." **Commonwealth v. Danysh**, 833 A.2d 151, 152 (Pa. Super. 2003) (citation omitted); **see** Pa.R.A.P. 751(a), 752(a).

Civil rights claims against prison officials are properly heard in the Commonwealth Court. **See Danysh**, **supra**; 42 Pa.C.S.A. § 762(a)(1)(i).

Here, Appellant has appealed the dismissal of his civil rights action brought against three employees of the Pennsylvania Department of Corrections. (**See** Appellant's Brief, at 5). Accordingly, the Commonwealth Court has jurisdiction and we transfer this matter to that Court. **See Danysh**, **supra**.

Appeal transferred to the Commonwealth Court.[1]

Judgment Entered.

_____

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/17/2015

_____

[1] Appellant's Motion to Reinstate Appeal filed March 25, 2015 is dismissed as moot. Appellees' Application for Relief filed April 10, 2015 is dismissed as moot.

- 2 -